IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

vs.

DARRELL LEE HUGHES, et al.,

    Defendants.

_____/

Civ. No. S-11-2266 KJM CMK

ORDER AND

ORDER TO SHOW CAUSE

    This case is on calendar on March 1, 2012 for pretrial scheduling conference. In the status conference report filed February 23, 2012, plaintiff said defendants have not been served with summons and complaint. The complaint was filed on August 25, 2011.

    IT IS THEREFORE ORDERED that:

    1. The pretrial scheduling conference is hereby vacated; and

    2. Plaintiff is directed to show cause within fourteen days of the date of this order why this action should not be dismissed. FED. R. CIV. P. 4(m).

DATED: February 28, 2012.

_____
UNITED STATES DISTRICT JUDGE

1